IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELINE MAZZUCCA | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 11-0468 |
| UNITED STATES OF AMERICA | : |

**O R D E R**

**AND NOW**, this  17th   day of   August   , 2012, after a trial by judge sitting without a jury, and in accordance with the Findings of Fact and Conclusions of Law filed herewith, the Court finds that Plaintiff has not established, by a fair preponderance of the credible evidence, that Defendant United States of America was careless, reckless or negligent in relation to the incident that Plaintiff alleges occurred on January 27, 2009.  Defendant did not breach any duty owed to Plaintiff.  Accordingly, the Court finds in favor of Defendant the United States of America and against Plaintiff Jacqueline Mazzucca.

IT IS SO ORDERED.

BY THE COURT:


/**s**/ *R. Barclay Surrick*
**U.S. District Judge**